# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN MARQUETTE GIPSON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 85086

**FILED**

AUG 12 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

On July 25, 2022, appellant filed notices of appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. However, the district court has not made a decision on appellant's petition at the time of the filing of the notices of appeal. Thus, the notices of appeal are premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Monica Trujillo, District Judge
Kevin Marquette Gipson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A